# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156576

JANE DOE,
      Plaintiff-Appellee,

v

HUGH McQUADE,
      Defendant,

and

OAKLAND PSYCHOLOGICAL CLINIC, P.C.,
      Defendant-Appellant.
_____/

SC: 156576
COA: 337567
Genesee CC: 15-105322-NO;
16-106299-NH

On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2017



Clerk

d1205